**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| **NORTH AMERICAN COMPOSITES COMPANY**, a Minnesota corporation, | Civil No. 06-1050 (RHK/JSM) |
| **Plaintiff**, | **ORDER** |
| vs. | |
| **CONNER STEEL PRODUCTS, LTD.**, a Texas limited partnership formerly known as Conner Steel Products, Inc. | |
| **Defendant**. | |

---

Based upon the parties' respective counsel hereto entering into a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorneys' fees.

Dated: June 29, 2006                                   s/Richard H. Kyle
                                                                       RICHARD H. KYLE
                                                                       United States District Judge